**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| **SHARON ASKEW,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Civil Action No. 2:12-cv-593 |
| | ) |
| **7-ELEVEN, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## STIPULATION OF DISMSISAL

Come now the Parties, by counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and stipulate that the above-captioned matter shall be dismissed with prejudice by agreement of all the Parties, each side to bear its own attorneys' fees and costs.  Based on this stipulation, and it appearing to this Court that all the Parties have fully resolved and compromised all matters of controversy between them, it is hereby,

ADJUDGED, DECREED, and ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, and REMOVED from this Court's active docket, each side to bear its own attorneys' fees and costs.

It is so ORDERED.

_____
United States District Judge

Norfolk, Virginia


Date:_____

.

WE ASK FOR THIS:


*/s/ Joshua L. Jewett*

---

Reid Ervin, Esq. (VSB 01197)
Joshua L. Jewett, Esq. (VSB 76884)
REID H. ERVIN & ASSOCIATES, P.C.
999 Waterside Drive, Suite 2400
Norfolk, VA 23510
Phone: (757) 624-9323
Fax: (757) 624-8414

*Counsel for Plaintiff Sharon Askew*


*/s/ M. Wilson Stoker*

---

Eric A. Welter (VSB 38193)
M. Wilson Stoker (VSB 71566)
WELTER LAW FIRM, P.C.
1141 Elden Street, Suite 220
Herndon, Virginia 20170
(703) 435-8500
(703) 435-8851 (Fax)
eaw@welterlaw.com
mws@welterlaw.com

*Counsel for Defendant 7-Eleven, Inc.*